Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Navient Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON-PAUL VERTUCCIO, <br><br> Plaintiff, <br> vs. <br><br> NAVIENT CORPORATION, <br><br> Defendants. | Case No.: <br><br> NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) <br> [FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant Navient Corporation ("Navient Corp.") hereby removes to this Court the state court action described below.

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant

pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

2. On or about May 12, 2017, the action was commenced by Plaintiff Jon-Paul Vertuccio ("Plaintiff") in the Superior Court of the State of California, County of Los Angeles, captioned, *Jon-Paul Vertuccio vs. Navient Corporation*, Case No. 17VESC04510 (the "State Court Action"). A copy of the Plaintiff's Claim and ORDER to Go to Small Claims Court ("Complaint") is attached hereto as Exhibit A.

3. District courts have federal question jurisdiction over "all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331.

4. This Court has jurisdiction under 28 U.S.C. § 1331 because Plaintiff's claim arises under the laws of the United States. Specifically, Plaintiff seeks damages for alleged "violation[s] of the Fair Debt Collection Practices Act (including but not limited to Section 807-8)". Complaint at Section 3(a). Additional references to damages attributed to alleged violations of the FDCPA recur throughout the Complaint. *Id.* at Section 3(c); Section 4; Section 5(e). Further, this Court may exercise supplemental jurisdiction of any related state law claims pursuant to 28 U.S.C. § 1367.

5. Navient Corp.'s removal of this action is timely. The date upon which Navient Corp. first received a copy of the Complaint was May 25, 2017. Thus, pursuant to 28 U.S.C. § 1446(b), Navient Corp. has timely filed this Notice of Removal within thirty days.

6. A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

7. The State Court Action is located within the Central District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

8. Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 6/22/17          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                   */s/Debbie P. Kirkpatrick*
                                   Debbie P. Kirkpatrick
                                   Attorneys for Defendant
                                   Navient Corporation