CASE NAME: Jon-Paul Vertuccio v. Navient Corporation
CASE NO:

**PROOF OF SERVICE**

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

NOTICE OF REMOVAL

( X )   BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )   BY COURT'S CM/ECF ELECTRONIC FILING SERVER

    I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

Jon-Paul Vertuccio
10831 Fruitland Dr. #304
Studio City, CA 91604

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 22, 2017

                                                        Marilyn M. Winder